IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAREY MARTIN, | ) | |
|    Plaintiff, | ) | 1:10-cv-2611 |
| | ) | |
|    v. | ) | Judge Andersen |
| | ) | Magistrate Judge Valdez |
| MIDLAND CREDIT MANAGEMENT, INC. | ) | |
|    Defendant. | ) | |

## PARTIES' PLANNING REPORT

1. **A brief summary of the claims asserted in the complaint and any counterclaim or third party complaint.**

   Plaintiff alleges that the defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), arising out of debt collection telephone calls.

   Defendant denies that Plaintiff has standing to pursue a claim under the FDCPA, and deny that the TCPA applies to their calls.

2. **A brief statement of the relief sought, including an itemization of damages.**

   Plaintiff seeks statutory damages under both the TCPA and the FDCPA.

3. **A brief description of the matter referred to the magistrate judge or alternatively, attach a copy of the referral order.**

   Judge Andersen referred this matter for discovery supervision.

4. **The status of any briefing on the matters referred.**

   Midland's responsive pleading is due on August 9, 2010.  No other briefing has happened in this case.

5. If the case has been referred for discovery matters, a description of the discovery that has been completed and the future discovery contemplated, including identifying: (a) the depositions that have been taken; (b) the depositions that have been scheduled and the dates set; and (c) any other discovery contemplated.

   The parties conducted their scheduling conference on July 21, 2010.  No formal discovery has been taken yet.  Both parties will request discovery regarding the

—

    telephone communications between the parties, telephone messages and the Caller ID used and received by the other party.

6. Whether the parties will consent to trial before a magistrate judge.
   The parties do not unanimously consent to trial before the magistrate judge at this time.

**7. Any dates or deadlines established by the district judge for discovery cut-off, submission of pretrial order or trial. If no discovery dates have been set, attach to the initial status report a completed Rule 16(b) scheduling order.**

There have been no dates set at all in this case.

**8. The status of settlement negotiations, if any.**

The parties have preliminarily discussed settlement.


Respectfully submitted,


| /Alexander H. Burke | /Tammy L. Adkins |
|---|---|
| Counsel for Plaintiff | Counsel for Defendant |
| Alexander H. Burke | McGuireWoods LLP |
| BURKE LAW OFFICES, LLC | 77 West Wacker Drive |
| 155 N. Michigan Ave., Suite 9020 | Suite 4100 |
| Chicago, IL 60601 | Chicago, IL 60601-1818 |
| (312) 729-5288 | 312.750.5727 |
| (312) 729-5289 (fax) | 312.920.6193 (fax) |
| ABurke@BurkeLawLLC.com | tadkins@mcguirewoods.com |