**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CAREY MARTIN, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MIDLAND CREDIT MANAGEMENT, INC. )<br>    Defendant. ) | 1:10-cv-2611<br><br>Judge Andersen<br>Magistrate Judge Valdez |

**PROPOSED SCHEDULING ORDER**

1. **Pre-Discovery Conference and Disclosures**

    A. The parties advise the Court that they **have** had a conference pursuant to Rule 26(f). The parties affirm their understanding of the requirements under Rule 26(f) including the requirement to discuss any discovery issues about electronically stored information (ESI) that may pertain to this case.

    B. The parties advise the Court that initial disclosures **have not** been made pursuant to Rule 26(a)(1). If they have not been made all disclosures required by Rule 26(a)(1) shall be made on or before **August 12, 2010**.

2. **Discovery**

The following time limits and deadlines shall be applicable:

   A. Any amendments to pleadings or actions to join other parties shall be filed on or before September 30, 2010

   B. The cutoff of fact discovery is January 28, 2011.

   C. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before February 25, 2011.

   D. The parties may depose the other side's expert at any time prior to April 15, 2011.

   E. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to May 15, 2011.

   F. The parties shall have until June 15, 2011 to depose the opposing party's rebuttal expert.

**3.** Prospects of Settlement

    **A.** Counsel are to discuss settlement at the scheduling conference and to report on the status of settlement discussions.

    **B.** The parties are to report on the earliest date on which they would be prepared to attend a settlement conference (with clients) with the Court and what discovery, if any, they believe may be needed to meaningfully assess settlement.

ENTERED:

Dated: _____      _____
HON. MARIA VALDEZ
United States Magistrate Judge