IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAREY MARTIN, | ) | |
| Plaintiff, | ) | 1:10-cv-2611 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | Magistrate Judge Valdez |
| MIDLAND CREDIT MANAGEMENT, INC. | ) | **Jury Demanded** |
| Defendant. | ) | |
| | ) | |
| | ) | |

**Fed.R.Civ.P. 41(a)(1) Dismissal With Prejudice**

Plaintiff Carey Martin hereby dismisses this case with prejudice and without costs.

Defendant has not yet filed a responsive pleading.

/s/Alexander H. Burke
Counsel for Plaintiff

**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com